**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Richard ENRIQUEZ, Defendant—
Appellant.**

**No. 04–6009.**

United States Court of Appeals,
Fourth Circuit.

Submitted July 30, 2004.

Decided Aug. 16, 2004.

Richard Enriquez, Appellant pro se. Douglas Scott Broyles, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before WIDENER, MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Richard Enriquez appeals the district court's order denying relief on his motion to clarify the court's intention as to the concurrent nature of his sentence.* We have reviewed the record and find no reversible error. Accordingly, we affirm for

* Contrary to the government's assertion, Enriquez timely filed his notice of appeal. *See*

the reasons stated by the district court. *See United States v. Enriquez,* No. CR–97–173–MU (W.D.N.C. Nov. 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*